Argued and submitted August 11, affirmed September 22, 1980

In the Matter of the Compensation of
CROWLEY,
*Petitioner,*
*v.*
PUBLISHERS PAPER COMPANY, et al,
*Respondents.*
(WCB No. 78-1274, CA 17125)
616 P2d 581

Robert K. Udziela, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Margaret H. Leek Leiberan, Portland, argued the cause for respondents. With her on the brief was Lang, Klein, Wolf, Smith, Griffith & Hallmark, Portland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

Claimant failed to prove that his work activity for this employer caused his underlying disease to worsen or that a change in his condition, if there was any, caused him disability or time loss or required medical services. *Weller v. Union Carbide,* 288 Or 27, 602 P2d 259 (1979). Moreover, even if his proof had satisfied the *Weller* tests, his work for this employer was not the last injurious exposure. *Inkley v. Forest Fiber Products Co.,* 288 Or 337, 605 P2d 1175 (1980).

Affirmed.